NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARY REEVES,**

*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2025-1381

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 23-4091, Judge Coral Wong Pietsch.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                           REEVES V. COLLINS

(2)  Each side shall bear their own costs.


                                        FOR THE COURT


August 18, 2025
      Date                              Jarrett B. Perlow
                                        Clerk of Court


**ISSUED AS A MANDATE:** August 18, 2025